# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

**DEBRA SMITH,**

    **Plaintiff**,

  v.

**RIVER VALLEY CHILD DEVELOPMENT SERVICES,**

    **Defendant.**

**Civil Action No. 3:24-CV-00080**

**Hon. Robert C. Chambers**

## JOINT STIPULATION OF FINAL DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Debra Smith and Defendant River Valley Child Development Services **HEREBY AGREE** and **STIPULATE** that **Count I**, **Count II**, and **Count III** of the Complaint, ECF No. 1, **SHALL BE DISMISSED WITH PREJUDICE**, with each bearing her/its own costs (including attorneys' fees) incurred in connection with this litigation.

    **STIPULATED** and **AGREED TO BY:**

| | |
|---|---|
| **DEBRA SMITH,** | **RIVER VALLEY CHILD DEVELOPMENT SERVICES,** |
| By Counsel, | By Counsel, |
| /s/ Hoyt Glazer | /s/ J. Ben Shepard |
| Hoyt Glazer, Esq. (WVSB No. 6479) | J. Ben Shepard, Esq. (WVSB No. 13261) |
| Abraham J. Saad, Esq. (WVSB No. 10134) | Michael J. Farrell, Esq. (WVSB No. 1168) |
| Eric Anderson, Esq. (WVSB No. 11895) | **FARRELL, WHITE & LEGG PLLC** |
| **GLAZER SAAD ANDERSON, L.C.** | 914 5th Avenue, P.O. Box 6457 |
| 320 Ninth Street, Suite B | Huntington, WV 25772-6457 |
| Huntington, WV 25701 | |

**Dated: April 25, 2024**